UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARSEN YEGHIAZARYAN,<br>Petitioner<br>v.<br>WARDEN DESERT VIEW ANNEX DESERT,<br>Respondent. | Case No. EDCV 25-5936-MWF (DTB)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, the Petition is **GRANTED**.

Respondent is **ORDERED** to immediately release Petitioner Arsen Yeghiazaryan (A# 241-018-946) from custody, reinstate his previous conditions of supervision, and return all property confiscated from him during his arrest and processing into detention.

Respondent and its officers, agents, employees, attorneys and persons acting on its behalf in concert or in participation with it, shall not: (i) re-detain Petitioner without notice and an individualized pre-detention hearing before a neutral arbiter at which it is determined that detention is lawful and warranted under the applicable statutes and regulations either because Petitioner has violated a term of his Order of

Supervision or because his removal from the United States is significantly likely in the reasonably foreseeable future, including that Respondent has procured travel documents for Petitioner and that such documents are in the possession of Immigration and Customs Enforcement ("ICE"); or (ii) remove Petitioner to any country without appropriate notice and an opportunity to be heard in accordance with any applicable ICE regulations, including the opportunity to assert a torture-based or fear-based objection.

Dated: October 30, 2026

MICHAEL W. FITZGERALD
United States District Judge